IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELGABROUNY,<br><br>Plaintiff,<br><br>v.<br><br>EDLOW, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 26-4809 |

**ORDER**

**AND NOW**, this 1st day of September 2026, upon receipt of the Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) (Doc. No. 14), it is **ORDERED** that Plaintiff's claims against Defendant are **DISMISSED** pursuant to Fed. R. Civ. Proc. 41(a)(1). It is further **ORDERED** that the Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.